THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
VINCE FARHAT
Assistant United States Attorney
California Bar Number 183794
Major Frauds Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California Bar Number 156679
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2872
     Facsimile: (213) 894-6269
     E-mail:    Vince.farhat@usdoj.gov
     E-mail:    Pio.kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-01070 |
| Plaintiff, | FINDINGS AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| MILTON LEE VANDEVORT, aka Lee Vandevort, aka Leland W. Vandervort, | Post-Indictment Arraignment: October 14, 2008 |
| Defendant. | Hon. Carolyn Turchin, United States Magistrate Judge |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts as findings of fact and conclusions of law the stipulation by the United States and defendant Milton Lee Vandevort, and finds that the interests of justice outweigh the defendant's and the public's right to a speedy trial for the reasons stated herein.

The Court therefore FINDS AND ORDERS as follows:

1. For good cause shown, the post-indictment arraignment

in this matter is scheduled for October 14, 2008.

2. For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which defendant's trial must commence, the period of time between September 12, 2008 (date of initial appearance) and the arraignment date of October 14, 2008 (32 days), is excludable time under 18 U.S.C. §§ 3161(h)(8)(A), and (B)(iv).

3. The Court finds that the failure to grant a continuance of arraignment and exclude time would unreasonably deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny defendant and the government continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

4. The Court further finds that the ends of justice served by granting a continuance of arraignment and excluding time outweigh the best interest of the public and defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/3/2008 _____

/S/
_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE