ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
PIO S. KIM
Assistant United States Attorney
Major Frauds Section
California Bar Number 156679
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2589
    Facsimile: (213) 894-6269
    E-mail: Pio.kim@usdoj.gov

Attorneys for Plaintiff
United States of America

E-FILED 07/28/11
cc: USPO
#188/208/209

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MILTON LEE VANDEVORT,<br>aka Lee Vandevort,<br>aka Leland W. Vandervort,<br><br>    Defendant. | No. CR 08-01070-PSG<br><br>[~~proposed~~]<br><u>ORDER CONTINUING HEARING OF:</u><br><u>(1) DEFENDANT'S SENTENCING AND</u><br><u>(2) DEFENDANT'S MOTION FOR NEW</u><br><u>TRIAL AND RENEWED MOTION FOR</u><br><u>RECONSIDERATION OF REMAND ORDER</u><br><br><u>New Hearing Date and Time</u><br>August 12, 2011 at 10:30 a.m. |

For good causing appearing, it is hereby FINDS and ORDERED that:

A. defendant's sentencing, motion for new trial and renewed motion for reconsideration of remand order were previously scheduled for hearing on August 1, 2011 at 10:00 a.m.;

B. defendant's counsel is currently engaged in a trial of another criminal matter pending the state court. Counsel has informed the government and the Court that because of the trial, he would not be available for the hearing on August 1, 2011;

C.   defendant's counsel is scheduled to appear at a 9:00 a.m. hearing on August 12, 2011 at the Van Nuys branch of the Los Angeles County Superior Court;

    D.   defendant requests, and the government does not object to, continuing the hearing of defendant's sentencing, motion for new trial, and renewed motion for reconsideration of remand order to August 12, 2011 at 10:30 a.m.;

    E.   the hearing of defendant's sentencing, motion for new trial, and renewed motion for reconsideration of remand order to is therefore continued to August 12, 2011 at 10:30 a.m.; and

    F.   defendant is ordered to appear for the hearing on August 12, 2011 at 10:30 a.m.

DATED: ___07/28___, 2010        **PHILIP S. GUTIERREZ**
                                UNITED STATES DISTRICT JUDGE

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


   /s/
_____
PIO S. KIM

Attorneys for Plaintiff
United States of America